FILED
10/31/17 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   LOREN BLACK III,                    :   Case No. 15-22081-TPA
         *Debtor,*                       :   Chapter 13
                                     :
BRIAN C. THOMPSON, ESQ.,    :   Related to Doc. No 71
THOMPSON LAW GROUP, P.C.,  :
         *Movant,*                       :
                                     :
            v.                        :
                                     :
RONDA J. WINNECOUR, ESQUIIRE, :
CHAPTER 13 TRUSTEE.,          :
         *Respondent.*               :

## ORDER

*AND NOW,* this **31st** day of ***October, 2017***, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the ***Interim Application for Compensation*** filed by Counsel for the Debtor at Document No. 71 is ***APPROVED*** in the amount of $3,250 in fees and $117 in expenses for the period of April 30, 2015 through October 11, 2017. The Applicant has received prior compensation of $4,000, consisting of a $500 retainer and $3,500 through the Chapter 13 plan, rendering the total compensation approved $7,250 in fees and $117 in expenses.

Additional fees may be paid through the Chapter 13 plan provided the Debtor amends the plan within 14 days of this Order. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

                                                          Thomas P. Agresti, Judge
                                                          United States Bankruptcy Court

Case administrator to serve:
   Debtor
   Brian C. Thompson, Esq.
   Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Loren R. Black, III  
    Debtor

Case No. 15-22081-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Oct 31, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.  
db         +Loren R. Black, III,   29 Schell Avenue,   Monessen, PA 15062-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Brian C. Thompson    on behalf of Debtor Loren R. Black, III bthompson@ThompsonAttorney.com,  
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                              TOTAL: 5