## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-22081-TPA |
| | ) | |
| Loren R. Black, III, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | June 24, 2020 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Loren R. Black, III.

2. This is a final application for the period December 1, 2016 through April 6, 2020.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $3,500.00

5. Applicant requests additional:
   Compensation of $1,925.00
   Reimbursement of Expenses of $58.48

6. A **telephonic hearing** on the Application will be held before Judge Thomas P. Agresti on June 24, 2020 at 11:00 a.m. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Agresti's Modified Telephonic Procedures at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-tele.pdf at least 24 hours in advance.

7. Any written objections must be filed with the court and served on Applicant on or before May 23, 2020, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: May 6, 2020               /s/Brian C. Thompson
                                  Brian C. Thompson, Esquire
                                  PA ID No. 91197
                                  THOMPSON LAW GROUP, P.C.

125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com