## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-22081-TPA |
| | ) | |
| Loren R. Black III, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. 93, 94 |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | June 24, 2020 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL FOR DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Final Application for Compensation filed on May 6, 2020 at Document No. 93 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 94, Objections were to be filed and served no later than May 23, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 93 be entered by the Court.

Date: <u>May 27, 2020</u>                                             s/ Brian C. Thompson
                                                                                         Brian C. Thompson, Esquire
                                                                                         Attorney for Debtor(s)
                                                                                         PA ID No. 91197
                                                                                         THOMPSON LAW GROUP, P.C.
                                                                                         125 Warrendale Bayne Road, Suite 200
                                                                                         Warrendale, PA 15086
                                                                                         (724) 799-8404 Telephone
                                                                                         (724) 799-8409 Facsimile
                                                                                         bthompson@thompsonattorney.com