IN THE UNITED STATES B
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/3/20 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | Bankruptcy No. 15-22081-TPA |
| Loren R. Black, III, | Chapter 13 |
| Debtor. | Document No. |
| ------------------------- | Related to Document No. 93 |
| Thompson Law Group, P.C., | |
| Applicant, | **Hearing date and time:** June 24, 2020 at 11:00 a.m. |
| vs. | |
| No Respondent. | |

## ORDER OF COURT

AND NOW, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$1,983.48** for services rendered on behalf of the Debtors for the period between October 12, 2017 through May 6, 2020, which represents $1,925.00 in attorney fees and $58.48 in costs.

A prior Application for Compensation in the amount of $7,367.00 was approved by Order of Court dated October 31, 2017.

Date: June 3, 2020

_____
U.S. Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Loren R. Black, III  
    Debtor

Case No. 15-22081-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jun 03, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.  
db           +Loren R. Black, III,    29 Schell Avenue,    Monessen, PA 15062-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association  
            andygornall@latouflawfirm.com  
          Brian C. Thompson    on behalf of Debtor Loren R. Black, III bthompson@ThompsonAttorney.com,  
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association  
           bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                           TOTAL: 5