FILED
6/10/20 7:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  LOREN R. BLACK, III

        Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
        vs.
LOREN R. BLACK, III

    Respondents

Case No. 15-22081TPA

Chapter 13

Document No. 99

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __10th__ day of __June__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

United States Steel
Attn : Payroll Manager
600 Grant St
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of LOREN R. BLACK, III, social security number XXX-XX-1069. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LOREN R. BLACK, III.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Loren R. Black, III  
    Debtor

Case No. 15-22081-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Jun 10, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db          +Loren R. Black, III,    29 Schell Avenue,    Monessen, PA 15062-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
          andygornall@latouflawfirm.com
         Brian C. Thompson    on behalf of Debtor Loren R. Black, III bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     TOTAL: 5