Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Loren R. Black III** : | Case No. 15−22081−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 105 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 10/14/20 at 12:00 PM |
| : | |
| : | |
| : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

  *AND NOW,* this *The 31st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 105 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before September 14, 2020**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***October 14, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

  (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                 _____
                  Thomas P. Agresti, Judge
                  United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                                      Case No. 15-22081-TPA
Loren R. Black, III                                                         Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2          User: lmar                  Page 1 of 2                   Date Rcvd: Jul 31, 2020
                              Form ID: 300a               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Loren R. Black, III,    29 Schell Avenue,    Monessen, PA 15062-2131
cr              JPMorgan Chase Bank, National Association,    Chase Records Center, Correspond Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA   71203
14058881      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
14120392       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14093413        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14058889       +Kara Black,    29 Schell Avenue,    Monessen, PA 15062-2131
14058892       +Kohl's Department Stores, Inc.,    PO Box 3043,    Milwaukee, WI 53201-3043
14058893       +Kohls/Capital One,    PO Box 3115,    Milwaukee, WI 53201-3115
14966685       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14088248       +Midland Credit Management, Inc. as agent for MIDL,    PO Box 2011,    Warren, MI 48090-2011
14066116      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                 Omaha, NE 68197)
14058896       +Sears/CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
14058897       +Subaru Motors Finance/Chase Auto Finance,    PO Box 901037,    Fort Worth, TX 76101-2037
14078015        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14058903       +Wells Fargo Financial National Bank,    CSCL Dispute Team,    MAC N8235-04M,    PO Box 14517,
                 Des Moines, IA 50306-3517
14058902       +Wells Fargo Financial National Bank,    PO Box 660431,    Dallas, TX 75266-0431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14067346        E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14058880        E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14058884       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:35:39     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14058883        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:54     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14086404        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:35:39
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14058888        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:42
                 Comenity - Value City Furniture,    PO Box 659704,    San Antonio, TX 78265-9704
14058886        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:35     Chase,
                 Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
14058885        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:36:25     Chase,   PO Box 78420,
                 Phoenix, AZ 85062
14058887        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:34:52     Chase Mortgage,
                 PO Box 24696,    Columbus, OH 43224
14108362        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:36
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
14092412        E-mail/Text: bk.notifications@jpmchase.com Aug 01 2020 04:27:48     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14058890       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:43     Kay Jewelers,
                 PO Box 1799,    Akron, OH 44309-1799
14058891       +E-mail/Text: BKRMailOPS@weltman.com Aug 01 2020 04:27:36     Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
14058892       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 01 2020 04:27:24
                 Kohl's Department Stores, Inc.,    PO Box 3043,    Milwaukee, WI 53201-3043
14058893       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 01 2020 04:27:24     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14058894       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Lowe's/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14658066        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
14112642        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14091651        E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:52
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14058895       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     R Us Credit Card/SYNCB,
                 PO Box 530938,    Atlanta, GA 30353-0938
14058898        E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     SYNCB/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
14058899       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     SYNCB/JCPenny,    PO Box 965090,
                 Orlando, FL 32896-0001
14089851       +E-mail/Text: ecf@buckleyking.com Aug 01 2020 04:27:26
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
```

```
District/off: 0315-2             User: lmar                    Page 2 of 2                   Date Rcvd: Jul 31, 2020
                                 Form ID: 300a                 Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14058900        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank/HH Gregg,
                 PO Box 960061,    Orlando, FL 32896-0061
14058901        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank/Walmart,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14058882*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Debtor Loren R. Black, III bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```