**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LOREN R. BLACK, III<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-22081 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/08/2015 and confirmed on 7/29/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,403.97 |
| Less Refunds to Debtor | 1,547.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,856.66 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,850.48 | |
|   Trustee Fee | 4,598.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,449.44 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB*<br>  Acct: 8930 | 0.00 | 37,284.20 | 0.00 | 37,284.20 |
|   JPMORGAN CHASE BANK NA<br>  Acct: 8930 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MIDFIRST BANK SSB*<br>  Acct: 8930 | 384.89 | 384.89 | 0.00 | 384.89 |
|   STERLING JEWELERS INC D/B/A KAY JEW<br>  Acct: 1489 | 2,917.21 | 2,917.21 | 0.00 | 2,917.21 |
|   WELLS FARGO FINANCIAL NATIONAL BAI<br>  Acct: 7400 | 1,068.82 | 1,068.82 | 0.00 | 1,068.82 |
|   PRA RECEIVABLES MANAGEMENT LLC - /<br>  Acct: 7106 | 25,545.06 | 25,545.06 | 2,771.14 | 28,316.20 |
|   JPMORGAN CHASE BANK NA<br>  Acct: 0109 | 18,926.55 | 18,926.55 | 2,043.47 | 20,970.02 |
|   PRA RECEIVABLES MANAGEMENT LLC - /<br>  Acct: 7106 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 90,941.34 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LOREN R. BLACK, III<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LOREN R. BLACK, III<br>  Acct: | 837.70 | 837.70 | 0.00 | 0.00 |
|   LOREN R. BLACK, III<br>  Acct: | 709.61 | 709.61 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>  Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-17 | 3,367.00 | 3,367.00 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>  Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   BRIAN C THOMPSON ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>  Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-20 | 1,983.48 | 1,983.48 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 2,129.19 | 111.51 | 0.00 | 111.51 |
|     Acct: 8779 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 562.16 | 29.44 | 0.00 | 29.44 |
|     Acct: 5759 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,118.84 | 110.96 | 0.00 | 110.96 |
|     Acct: 3191 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 557.19 | 29.18 | 0.00 | 29.18 |
|     Acct: 6125 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1541 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3025 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 3,154.29 | 165.19 | 0.00 | 165.19 |
|     Acct: 6916 | | | | |
|   CAPITAL ONE NA** | 222.63 | 11.66 | 0.00 | 11.66 |
|     Acct: 7791 | | | | |
|   MIDLAND FUNDING LLC | 2,990.82 | 156.63 | 0.00 | 156.63 |
|     Acct: 9490 | | | | |
|   MIDLAND FUNDING LLC | 651.63 | 34.13 | 0.00 | 34.13 |
|     Acct: 3860 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,174.90 | 113.90 | 0.00 | 113.90 |
|     Acct: 7881 | | | | |
|   MIDLAND FUNDING LLC | 822.85 | 43.09 | 0.00 | 43.09 |
|     Acct: 1963 | | | | |
|   MIDLAND FUNDING LLC | 210.13 | 11.00 | 0.00 | 11.00 |
|     Acct: 7692 | | | | |
|   MIDLAND FUNDING LLC | 4,278.17 | 224.05 | 0.00 | 224.05 |
|     Acct: 6845 | | | | |
|   MIDLAND FUNDING LLC | 1,252.39 | 65.59 | 0.00 | 65.59 |
|     Acct: 7876 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 946.16 | 49.55 | 0.00 | 49.55 |
|     Acct: 0914 | | | | |
| | | | | 1,155.88 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 92,407.22 |
|   TOTAL CLAIMED | | |
|   PRIORITY | 310.00 | |
|   SECURED | 48,842.53 | |
|   UNSECURED | 22,071.35 | |

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   LOREN R. BLACK, III<br><br>            Debtor(s)<br><br>   Ronda J. Winnecour<br>            Movant<br>            vs.<br>   No Repondents. | Case No.:15-22081 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                 BY THE COURT:

                                                                 U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-22081-TPA
Loren R. Black, III                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar                  Page 1 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: pdf900             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db            +Loren R. Black, III,    29 Schell Avenue,    Monessen, PA 15062-2131
cr             JPMorgan Chase Bank, National Association,    Chase Records Center, Correspond Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
14058881      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
14120392      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14093413       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14058889      +Kara Black,    29 Schell Avenue,    Monessen, PA 15062-2131
14058892      +Kohl's Department Stores, Inc.,    PO Box 3043,    Milwaukee, WI 53201-3043
14058893      +Kohls/Capital One,    PO Box 3115,    Milwaukee, WI 53201-3115
14966685      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14088248      +Midland Credit Management, Inc. as agent for MIDL,    PO Box 2011,    Warren, MI 48090-2011
14066116      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
              (address filed with court: First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                 Omaha, NE 68197)
14058896      +Sears/CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
14058897      +Subaru Motors Finance/Chase Auto Finance,    PO Box 901037,    Fort Worth, TX 76101-2037
14078015       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14058903      +Wells Fargo Financial National Bank,    CSCL Dispute Team,    MAC N8235-04M,    PO Box 14517,
                 Des Moines, IA 50306-3517
14058902      +Wells Fargo Financial National Bank,    PO Box 660431,    Dallas, TX 75266-0431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14067346       E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14058880       E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14058884      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:54     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14058883       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:54     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14086404       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:54
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14058888       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:41
                 Comenity - Value City Furniture,    PO Box 659704,    San Antonio, TX 78265-9704
14058886       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:34:50     Chase,
                 Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
14058885       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:35     Chase,   PO Box 78420,
                 Phoenix, AZ 85062
14058887       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:34:50     Chase Mortgage,
                 PO Box 24696,    Columbus, OH 43224
14108362       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:34:50
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
14092412       E-mail/Text: bk.notifications@jpmchase.com Aug 01 2020 04:27:48     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14058890      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:41     Kay Jewelers,
                 PO Box 1799,    Akron, OH 44309-1799
14058891      +E-mail/Text: BKRMailOPS@weltman.com Aug 01 2020 04:27:36     Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
14058892      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 01 2020 04:27:23
                 Kohl's Department Stores, Inc.,    PO Box 3043,    Milwaukee, WI 53201-3043
14058893      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 01 2020 04:27:24     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14058894      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Lowe's/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14658066       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
14112642       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14091651       E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:51
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14058895      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     R Us Credit Card/SYNCB,
                 PO Box 530938,    Atlanta, GA 30353-0938
14058898       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     SYNCB/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
14058899      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     SYNCB/JCPenny,    PO Box 965090,
                 Orlando, FL 32896-0001
14089851      +E-mail/Text: ecf@buckleyking.com Aug 01 2020 04:27:26
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
```

```
District/off: 0315-2           User: lmar                  Page 2 of 2                  Date Rcvd: Jul 31, 2020
                               Form ID: pdf900             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14058900        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank/HH Gregg,
                 PO Box 960061,   Orlando, FL 32896-0061
14058901        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank/Walmart,
                 PO Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 26

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14058882*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Loren R. Black, III bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```