## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Loren R. Black, III, | : | Bankruptcy Case No.: 15-22081-TPA |
| Debtor. | : | Chapter 13 |
| Loren R. Black, III, | : | Document No.: |
| Movant, | : | Related to Document No.: |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On __June 17, 2020__ at docket numbers __102__, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtor. Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: August 14, 2020    /s/Loren R. Black, III
                          Loren R. Black, III, Debtor


Respectfully submitted,

Dated: August 14, 2020    /s/Brian C. Thompson
                          Brian C. Thompson, Esquire
                          PA ID: 91197
                          Thompson Law Group, P.C.
                          125 Warrendale Bayne Road, Suite 200
                          Warrendale, PA 15086

(724) 799-8404 Telephone
bthompson@thompsonattorney.com

Case 15-22081-TPA    Doc 109    Filed 08/21/20    Entered 08/21/20 13:35:14    Desc Main
Document    Page 2 of 2

(724) 799-8404 Telephone
bthompson@thompsonattorney.com