| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Loren R. Black III** | Social Security number or ITIN  xxx–xx–1069 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–22081–TPA** | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Loren R. Black III

10/7/20                                             **By the court:**   Thomas P. Agresti
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Loren R. Black, III  
    Debtor(s)

Case No. 15-22081-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 3  
Date Rcvd: Oct 07, 2020     Form ID: 3180W     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loren R. Black, III, 29 Schell Avenue, Monessen, PA 15062-2131 |
| cr | | JPMorgan Chase Bank, National Association, Chase Records Center, Correspond Mail, Mail Code LA4-5555 700 Kansas Lane, Monroe, LA 71203 |
| 14120392 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14058889 | + | Kara Black, 29 Schell Avenue, Monessen, PA 15062-2131 |
| 14966685 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14088248 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 14066116 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14058897 | + | Subaru Motors Finance/Chase Auto Finance, PO Box 901037, Fort Worth, TX 76101-2037 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Oct 08 2020 04:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14067346 | | EDI: GMACFS.COM | Oct 08 2020 04:48:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14058880 | | EDI: GMACFS.COM | Oct 08 2020 04:48:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14058882 | | EDI: BANKAMER.COM | Oct 08 2020 04:48:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14058881 | | EDI: BANKAMER.COM | Oct 08 2020 04:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14093413 | | EDI: BL-BECKET.COM | Oct 08 2020 04:48:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14058883 | | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14058884 | + | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14086404 | | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14058888 | | EDI: WFNNB.COM | | |

Case 15-22081-TPA   Doc 114   Filed 10/09/20   Entered 10/10/20 01:47:54   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 3180W | Total Noticed: 43 |

| ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14058886 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Comenity - Value City Furniture, PO Box 659704, San Antonio, TX 78265-9704 |
| 14058885 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 14058887 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14108362 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 14092412 | | EDI: CAUT.COM | Oct 08 2020 04:48:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 14058890 | + | EDI: WFNNB.COM | Oct 08 2020 04:48:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14058891 | + | Email/Text: BKRMailOPS@weltman.com | Oct 08 2020 04:48:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 14058892 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 01:48:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 14058893 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 01:47:00 | Kohl's Department Stores, Inc., PO Box 3043, Milwaukee, WI 53201-3043 |
| 14058894 | + | EDI: RMSC.COM | Oct 08 2020 01:47:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14658066 | | EDI: PRA.COM | Oct 08 2020 04:48:00 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14112642 | | EDI: PRA.COM | Oct 08 2020 04:48:00 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14091651 | | EDI: Q3G.COM | Oct 08 2020 04:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14058895 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14058898 | | EDI: RMSC.COM | Oct 08 2020 04:48:00 | R Us Credit Card/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14058899 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14058896 | + | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | SYNCB/JCPenny, PO Box 965090, Orlando, FL 32896-0001 |
| 14089851 | + | Email/Text: ecf@buckleyking.com | Oct 08 2020 04:48:00 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 14058900 | + | EDI: RMSC.COM | Oct 08 2020 01:48:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14058901 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14078015 | | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Walmart, PO Box 965060, Orlando, FL 32896-5060 |
| 14058903 | + | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14058902 | + | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-04M, PO Box 14517, Des Moines, IA 50306-3517 |
| | | | Oct 08 2020 04:48:00 | Wells Fargo Financial National Bank, PO Box 660431, Dallas, TX 75266-0431 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name** | **Email Address**

Andrew F Gornall
  on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com

Brian Nicholas
  on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Brian C. Thompson
  on behalf of Debtor Loren R. Black III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Leon P. Haller
  on behalf of Creditor MidFirst Bank lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 6