**20-22719-JAD** Gregory S. Liberi

**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Jeffery A. Deller

**Date filed:** 09/18/2020 **Date of last filing:** 09/18/2020

## Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | **Empl Income Record** | 09/18/2020 | 10/02/2020 | | 10/13/20 | |
| 1 | **Smt Cur Mon Inc Fr 122C** | 09/18/2020 | 10/02/2020 | | | |
| 1 | Aty Disclosure Stmt. | 09/18/2020 | 10/02/2020 | | | |
| 1 | Chapter 13 Plan | 09/18/2020 | 10/02/2020 | | | |
| 1 | Declaration of Schedule | 09/18/2020 | 10/02/2020 | | | |
| ~~1~~ | ~~Declrtn Re Elect Filing~~ | ~~09/18/2020~~ | ~~10/02/2020~~ | | | |
| 1 | Incomplete Filings Due | 09/18/2020 | 10/02/2020 | | | |
| 1 | Schedules A-J | 09/18/2020 | 10/02/2020 | | | |
| 1 | Stmt. of Fin. Affairs | 09/18/2020 | 10/02/2020 | | | |
| 1 | Summary of Schedules | 09/18/2020 | 10/02/2020 | | | |
| 1 | Proof of Claims Deadline | 09/18/2020 | 11/27/2020 | | | |
| 1 | Government Proof of Claim | 09/18/2020 | 03/17/2021 | | | |

~~mext~~

20-10477 13 dism
19-22461 13 dism
15-21701 7   disch
15-20043 13 dism
14-20965 13 dism
13-23188 13 dism
09-29426 7
95-20398 7 disch

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22081-TPA |
| Loren R. Black, III | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loren R. Black, III, 29 Schell Avenue, Monessen, PA 15062-2131 |
| cr | | JPMorgan Chase Bank, National Association, Chase Records Center, Correspond Mail, Mail Code LA4-5555 700 Kansas Lane, Monroe, LA 71203 |
| 14058881 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14120392 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14093413 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14058889 | + | Kara Black, 29 Schell Avenue, Monessen, PA 15062-2131 |
| 14966685 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14088248 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 14066116 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14058896 | + | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 14058897 | + | Subaru Motors Finance/Chase Auto Finance, PO Box 901037, Fort Worth, TX 76101-2037 |
| 14078015 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14058903 | + | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-04M, PO Box 14517, Des Moines, IA 50306-3517 |
| 14058902 | + | Wells Fargo Financial National Bank, PO Box 660431, Dallas, TX 75266-0431 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:48:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14067346 | | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2020 01:47:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14058880 | | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2020 01:47:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14058883 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2020 02:51:26 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14058884 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2020 02:51:26 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14086404 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2020 02:48:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14058888 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2020 01:48:00 | Comenity - Value City Furniture, PO Box 659704, San Antonio, TX 78265-9704 |
| 14058886 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:51:26 | Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 14058885 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:48:49 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14058887 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:48:49 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14108362 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:48:49 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 14092412 | | Email/Text: bk.notifications@jpmchase.com | Oct 08 2020 01:48:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14058890 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2020 01:48:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 14058891 | + | Email/Text: BKRMailOPS@weltman.com | Oct 08 2020 01:48:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 14058892 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 01:47:00 | Kohl's Department Stores, Inc., PO Box 3043, Milwaukee, WI 53201-3043 |
| 14058893 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 01:47:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14058894 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:48:47 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14658066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:51:27 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14112642 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:50:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14091651 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2020 01:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14058895 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:51:23 | R Us Credit Card/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14058898 | | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:48:47 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14058899 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:04 | SYNCB/JCPenny, PO Box 965090, Orlando, FL 32896-0001 |
| 14089851 | + | Email/Text: ecf@buckleyking.com | Oct 08 2020 01:48:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14058900 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:04 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14058901 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:04 | Synchrony Bank/Walmart, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14058882 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: bsil | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Andrew F Gornall
　　on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com

Brian Nicholas
　　on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Brian C. Thompson
　　on behalf of Debtor Loren R. Black  III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Leon P. Haller
　　on behalf of Creditor MidFirst Bank lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 6